IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD STANLEY VERNE,
    Petitioner,

vs.                                          3:12cv125/RV/CJK

KENNETH S. TUCKER,
    Respondent.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 21, 2012. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petitioner's "Motion to Voluntarily Dismiss Without Prejudice Or Hold In Abeyance" (doc. 11) is GRANTED to the extent petitioner seeks dismissal of his petition.

3. The petitioner's "Motion to Voluntarily Dismiss Without Prejudice Or Hold In Abeyance" (doc. 11) is DENIED to the extent petitioner seeks to stay and abey this proceeding.

4. This case is DISMISSED WITHOUT PREJUDICE, and the clerk is directed to close the file.

DONE AND ORDERED this 23rd day of July, 2012.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE